*John K. Davis, G. H. Aubrey,* contra.

---

### 17398. LEE v. NEWTON.

STEPHENS, J. The defendant in the trial court, being a resident of the State of Georgia, in which the suit was brought, had no right to remove the case to the United States court upon the ground of diversity of citizenship of the parties. *Lee v. Wilmington Savings Bank,* 29 Ga. App. 306 (114 S. E. 918). The defendant's petition for removal was there- fore properly denied.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED DECEMBER 20, 1926.

Removal of Causes, 34 Cyc. p. 1250, n. 90; p. 1258, n. 15 New.

Petition to remove cause; from Newton superior court—Judge Hutcheson.     March 15, 1926.

*Robert Lee,* for plaintiff in error.     *Reuben M. Tuck,* contra.